Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTINA ROSE, et al.                )
                                      )   Case No: 5:20-cv-02450
            Plaintiff(s),             )
                                      )   **APPLICATION FOR**
      v.                              )   **ADMISSION OF ATTORNEY**
                                      )   **PRO HAC VICE**
HP INC.                               )   (CIVIL LOCAL RULE 11-3)
                                      )
            Defendant(s).             )
                                      )

   I, Bonner Charles Walsh, an active member in good standing of the bar of TX, OR, WA, and ID, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Benjamin Heikali, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 1561 Long Haul Road<br>Grangeville, ID | 10866 Wilshire Boulevard, Suite 1470<br>Los Angeles, CA 90024 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (541) 359-2827 | (424) 256-2884 |
| My email address of record: | Local co-counsel's email address of record: |
| bonner@walshpllc.com | bheikali@faruqilaw.com |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: (see attached).

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct.*

   Dated: 04/27/20

                                                    [signature]
                                                    APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

   IT IS HEREBY ORDERED THAT the application of Bonner Charles Walsh is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:
                                                    _____
                                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE

## Exhibit A
## State Bar Numbers

| | |
|---|---|
| Texas | 24051766 |
| Oregon | 131716 |
| Washington | 48915 |
| Idaho | 9646 |

# The Supreme Court of Texas

AUSTIN
---
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Bonner Charles Walsh**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 2nd day of November, 2007.

I further certify that the records of this office show that, as of this date

**Bonner Charles Walsh**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 21th day of April, 2020.

BLAKE HAWTHORNE, Clerk

*Blake A. Hawthorne*
Clerk, Supreme Court of Texas

No. 7614C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.



# Certificate of Good Standing

State of Oregon            )
                           )  ss.
County of Washington       )

I, Stacy R. Owen, do hereby certify that I am an Assistant Disciplinary Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**BONNER CHARLES WALSH**

was admitted to practice law in the State of Oregon by reciprocity and became an active member of the Oregon State Bar on May 23, 2013.

There are no grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Mr. Walsh is an active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 22nd day of April, 2020.

_____
Stacy R. Owen
Assistant Disciplinary Counsel
Oregon State Bar

# Supreme Court  State of Idaho

## Certificate of Good Standing

Clerk's Office    )
                  ) ss.
Supreme Court     )

I, Karel A. Lehrman, Clerk of the Supreme Court of the State of Idaho, do hereby certify that BONNER CHARLES WALSH on the 25th day of March, 2015, was admitted to practice by said Court as an attorney counselor at law in all the courts of this state, and that he ever since and now is an attorney in good standing at the Bar of this Court.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the Court at Boise, Idaho, this 5th day of August, 2019.

*Karel A. Lehrman*
Clerk of the Supreme Court

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 48915 |
| OF | ) | **CERTIFICATE** |
| BONNER CHARLES WALSH | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

**BONNER CHARLES WALSH**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on March 19, 2015, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 20th day of April, 2020.

Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court