| | |
|---|---|
| 1 | SAMUEL LIVERSIDGE, SBN 180578 |
| | sliversidge@gibsondunn.com |
| 2 | LAUREN M. BLAS, SBN 296823 |
| | lblas@gibsondunn.com |
| 3 | BRANDON STOKER, SBN 277325 |
| | bstoker@gibsondunn.com |
| 4 | GIBSON, DUNN & CRUTCHER LLP |
| | 333 South Grand Avenue |
| 5 | Los Angeles, CA 90071-3197 |
| | Telephone: 213.229.7000 |
| 6 | Facsimile: 213.229.7520 |
| 7 | Attorneys for Defendant HP INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CEPELAK, JUDY CHAMBERS, JIM DICKINSON, and MARCIA NUPP, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HP INC.,<br><br>Defendant. | CASE NO. 3:20-cv-02450-VC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT** |

Gibson, Dunn & Crutcher LLP

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER
PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:20-cv-02450

Plaintiffs John Cepelak, Judy Chambers, Jim Dickinson, and Marcia Nupp ("Plaintiffs"), and Defendant HP Inc. ("Defendant") (together with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, the Parties stipulated to, and the Court issued an order permitting, Plaintiffs to amend their First Amended Class Action Complaint and for the Parties to modify the timing of the Scheduling Order (Dkts. 65, 67);

**WHEREAS**, Plaintiffs filed the Second Amended Class Action Complaint ("Second Amended Complaint") on July 12, 2021 (Dkt. 69);

**WHEREAS**, pursuant to the Parties' agreed-upon schedule (Dkt. 67), Defendant filed a motion to dismiss the Second Amended Complaint on July 19, 2021 (Dkt. 70), Plaintiffs filed their opposition to Defendant's motion on August 18, 2021 (Dkt. 71), and Defendant filed its reply on September 8, 2021 (Dkt. 73);

**WHEREAS**, on November 15, 2021 the Court granted in part and denied in part Defendant's motion to dismiss the Second Amended Complaint and granted Plaintiffs leave to amend by December 6, 2021 (Dkt. 79);

**WHEREAS**, the Parties have agreed to extend the deadline for Defendants to file an Answer to the Second Amended Complaint;

**WHEREAS**, this is the Parties' first stipulation to extend Defendant's deadline to file an Answer to Plaintiffs' Second Amended Complaint;

**WHEREAS**, granting Defendant an extension of time to file the Answer at this time will not affect any deadline already fixed by Court order or impair the progress of discovery;

**WHEREAS**, the requested extension of this deadline is made without prejudice to seeking a further extension of time should the circumstances warrant;

**NOW, THEREFORE**, subject to approval of the Court, and for good cause shown, the Parties hereby stipulate and agree that the deadline for Defendant to answer Plaintiffs' Second Amended Complaint shall be extended to 30 days after the date on which Plaintiff had the option file a Third Amended Class Action Complaint, up to and including January 5, 2022.

A Proposed Order is submitted concurrently herewith.

2
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER
PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:20-cv-02450

Gibson, Dunn & Crutcher LLP

**IT IS SO STIPULATED.**

Dated: December 10, 2021    GIBSON, DUNN & CRUTCHER LLP

By: */s/ Samuel Liversidge*
   Samuel Liversidge

Attorneys for Defendant

Dated: December 10, 2020    FARUQI & FARUQI, LLP

By: */s/ Benjamin Heikali*
   Benjamin Heikali

Attorneys for Plaintiffs

## **ATTORNEY ATTESTATION**

In accordance with Civil L.R. 5-1, the filer of this document hereby attests that concurrence in the filing of this document has been obtained from all signatories.

Dated: December 10, 2021 GIBSON, DUNN & CRUTCHER LLP

By: */s/ Samuel Liversidge*
  Samuel Liversidge

Attorneys for Defendant HP Inc.

[~~PROPOSED~~] **ORDER**

Pursuant to stipulation and agreement between the Parties, and for good cause shown, this Court hereby ORDERS that the deadline for Defendant to answer Plaintiffs' Second Amended Complaint is extended to and including January 5, 2022.

DATED: December 13, 2021

_____
The Honorable Vince Chhabria
United States District Judge



5

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT
CASE NO. 3:20-cv-02450