SAMUEL LIVERSIDGE, SBN 180578
sliversidge@gibsondunn.com
LAUREN M. BLAS, SBN 296823
lblas@gibsondunn.com
JILLIAN N. LONDON, SBN 319924
jlondon@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendant HP INC.*

Benjamin Heikali (SBN 307466)
*E-mail: bheikali@faruqilaw.com*
Joshua Nassir (SBN 318344)
*E-mail: jnassir@faruqilaw.com*
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

Bonner C. Walsh (*pro hac vice*)
**WALSH P.L.L.C.**
1561 Long Haul Road
Grangeville, ID 83530
Telephone: (541) 359-2827
Facsimile: (866) 503-8206

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CEPELAK, JUDY CHAMBERS, JIM DICKINSON and MARCIA NUPP, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HP INC.,<br><br>Defendant. | Case No.: 3:20-cv-02450-VC<br><br>**JOINT STIPULATION TO REQUEST ORDER CHANGING TIME PURSUANT TO CIVIL L.R. 6-2**<br><br>SAC filed: July 12, 2021 |

Pursuant to N.D. Civil Local Rule 6-2, Plaintiffs John Cepelak, Judy Chambers, Jim Dickinson, and Marcia Nupp ("Plaintiffs") and Defendant HP Inc. ("Defendant") (collectively, the "Parties") hereby stipulate and jointly request, through their counsel of record, that the Court adopt the proposed case schedule below, which proposes a four-month extension on all class certification deadlines. The Parties believe this request is necessary and justified given the technological aspects of this case, which have required extensive and ongoing discussions regarding the Parties' protective order and the search, review, and production of documents.

As such, the Parties hereby stipulate and agree as follows:

WHEREAS, on April 10, 2020, the now-deceased Plaintiff Christina Rose filed the initial Class Action Complaint against Defendant in the United States District Court for the Northern District of California. (ECF No. 1);

WHEREAS, on July 13, 2020, Christina Rose filed the amended First Amended Class Action Complaint, adding an alleged violation of the Song-Beverly Consumer Warranty Act, Cal Civ. Code § 17900, as a cause of action. (ECF No. 34);

WHEREAS, on December 29, 2020, the Court issued an Order Granting in Part and Denying in Part Motion to Dismiss. (ECF No. 46);

WHEREAS, on February 3, 2021, the Court issued a Case Schedule As Modified, setting June 18, 2021 as the Last Day to Amend Pleadings and setting the Close of Non Expert Fact Discovery for October 29, 2021. (ECF No. 56 at 1);

WHEREAS, on February 26, 2021, Plaintiff filed the Notice of Plaintiff Christina Rose's Death, informing Defendant and the Court that Christina Rose, the named Plaintiff in this action, has died, and that Plaintiff's counsel would move for substitution pursuant to Fed. R. Civ. P. Rule 25(a)(1) (ECF No. 57);

WHEREAS, on June 18, 2021, the Parties jointly stipulated to permit the amendment of the First Amended Class Action Complaint with the currently operative Second Amended Complaint and further requested a schedule for responsive pleadings thereafter. (ECF No. 65);

WHEREAS, on July 8, 2021, this Court granted the June 18 joint stipulation, permitting the filing of the Second Amended Complaint and adopting the schedule stipulated by the parties with modification. (ECF No. 67);

WHERAS, on July 12, 2021, Plaintiffs filed the operative Second Amended Complaint, which added three other individuals as proposed class representatives for three new state subclasses and their respective state law claims. (ECF No. 69 to 69-1);

WHERAS, on July 19, 2021, Defendant filed its Motion to Dismiss Plaintiffs' Second Amended Class Action Complaint. (ECF No. 70);

WHEREAS, on November 15, 2021, this Court issued its Order Denying In Part and Granting In Part Motion To Dismiss Second Amended Complaint. (ECF No. 79);

WHEREAS, as is further set out in the Declaration of Benjamin Heikali, the interests of justice and judicial efficiency will be furthered by extending the Court's Case Schedule by 120 days, given that the technological aspects of this case have caused the Parties to engage in extensive discussions to finalize a mutually agreeable protective order as well as an agreement on the search, review, and production of documents. Due to the unforeseen difficulties in negotiating a protective order and mutually agreeing on the scope and details of the production of documents in this action, Plaintiffs are in possession of only 37 pages of documents and Defendant is in possession of only 39 documents totaling 119 pages. While the Parties have nearly finalized these issues and are ready to proceed fully with discovery in the coming weeks, the Parties are unable to meet the current deadlines imposed in this Action and request an extension.

NOW, THEREFORE, the Parties, by and through their respective undersigned counsel, hereby stipulate to the following schedule, which provides for a four-month extension on the dates provided by the Court's July 8, 2021 Order:

1. The date set for the Close of Non-Expert Fact Discovery has been moved from February 28, 2022 to June 28, 2022;

2. The Deadline for Plaintiffs to disclose the identity of their Class Certification Expert has been moved from January 10, 2022 to May 10, 2022;

2

JOINT STIPULATION TO REQUEST ORDER CHANGING TIME

3. The Deadline for Defendant to disclose the identity of its Class Certification Expert has been moved from February 8, 2022 to June 8, 2022;

4. The deadline for Plaintiffs' Motion for Class Certification and Class Certification Expert Reports have been moved from March 23, 2022 to July 25, 2021;

5. The deadline for Defendant's Opposition to Class Certification and Class Certification Expert Reports have been moved from May 13, 2022 to September 13, 2022;

6. The deadline for Plaintiffs' Reply for Class Certification and Rebuttal Class Certification Expert Reports have been moved from June 10, 2022 to October 10, 2022;

7. The Hearing on Motion for Class Certification has been moved from June 23, 2022 at 2:00 PM to October 27, 2022 at 2:00 PM;

8. The Joint Case Management Statement has been moved from July 6, 2022 to November 7, 2022; and

9. The Case Management Conference has been moved from July 13, 2022 at 2:00 PM to November 16, 2022 at 2:00 PM.

1  Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories
2  have concurred in its filing.

Dated: January 7, 2022    **Faruqi & Faruqi, LLP**

By: */s/ Benjamin Heikali*
    Benjamin Heikali
    Attorney for Plaintiffs

**Gibson, Dunn & Crutcher LLP**

By: */s/ Samuel Liversidge*
    Samuel Liversidge
    Attorney for Defendant

**SO ORDERED.**           <u>**ORDER**</u>

_____
Hon. Vince Chhabria

Date: _____

5

JOINT STIPULATION TO REQUEST ORDER CHANGING TIME