UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CEPELAK, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HP INC.,<br><br>    Defendant. | Case No. 20-cv-02450-VC<br><br>**ORDER DENYING REQUEST TO AMEND CASE SCHEDULE**<br><br>Re: Dkt. No. 85 |

The parties' request to continue the deadlines in this case by four months is denied. This case has been pending for a long time, and it was clear as early as December 2020 that the case would be moving forward. The parties should have agreed on a protective order long ago, and document production should have already begun.

The Court will entertain a request for a shorter extension if the parties can justify it. Counsel for the plaintiffs are reminded that adequately representing a proposed class includes moving the case forward at a reasonable pace.

**IT IS SO ORDERED.**

Dated: January 11, 2022

_____
VINCE CHHABRIA
United States District Judge