UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| JOHN CEPELAK, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>HP INC.,<br><br>    Defendant. | Case No. 20-cv-02450-VC (LB)<br><br>**DISCOVERY ORDER**<br>Re: ECF No. 87 |

The parties dispute the terms of a protective order and the timing of discovery. The court held a hearing on February 3, 2022 and ordered the following. First, for the reasons stated on the record, the court adopts (for now) the district's "Model Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets" without modification. Fed. R. Crim. P. 26(c)(1); *Dynetix Design Solutions, Inc. v. Synopsys, Inc.,* No. C-11-05973-PSG, 2012 WL 1232105 (N.D. Cal. Apr. 12, 2012). Second, HP represents that it cannot complete its production for about six to eight weeks, and it explained why (given the need to gather devices and confer with custodial witnesses). The timing is reasonable, and the court orders production by March 31, 2022. The parties have asked the trial judge to extend the discovery deadlines.

**IT IS SO ORDERED.**

Dated: February 3, 2022

                                                      LAUREL BEELER
                                                    United States Magistrate Judge