1  Benjamin Heikali (SBN 307466)
   E-mail: bheikali@faruqilaw.com
2  Joshua Nassir (SBN 318344)
   E-mail: jnassir@faruqilaw.com
3  **FARUQI & FARUQI, LLP**
   10866 Wilshire Boulevard, Suite 1470
4  Los Angeles, CA 90024
   Telephone: (424) 256-2884
5  Facsimile: (424) 256-2885

6  Bonner C. Walsh (*pro hac vice*)
   **WALSH P.L.L.C.**
7  1561 Long Haul Road
   Grangeville, ID 83530
8  Telephone: (541) 359-2827
   Facsimile: (866) 503-8206

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CEPELAK, JUDY CHAMBERS, JIM DICKINSON, and MARCIA NUPP, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HP INC.,<br><br>Defendant. | CASE NO. 3:20-cv-02450-VC<br><br>**[PROPOSED] ORDER GRANTING MOTION TO EXTEND SCHEDULE DEADLINES AND BRIEFING SCHEDULES** |

# [~~PROPOSED~~] ORDER

Before this Court is Plaintiffs' Motion To Extend Schedule Deadlines and Briefing Schedules ("Motion"). The Motion is hereby **GRANTED** for good cause shown and based on the grounds set forth in Plaintiffs' Motion and the declaration filed in support. The Court hereby adopts the following schedule:

1. The date set for the Close of Non-Expert Fact Discovery has been moved from February 28, 2022 to May 9, 2022;
2. The Deadline for Plaintiffs to disclose the identity of their Class Certification Expert has been moved from January 10, 2022 to March 21, 2022;
3. The Deadline for Defendant to disclose the identity of its Class Certification Expert has been moved from February 8, 2022 to April 19, 2022;
4. The deadline for Plaintiffs' Motion for Class Certification and Class Certification Expert Reports have been moved from March 23, 2022 to June 1, 2022;
5. The deadline for Defendant's Opposition to Class Certification and Class Certification Expert Reports have been moved from May 13, 2022 to July 22, 2022;
6. The deadline for Plaintiffs' Reply for Class Certification and Rebuttal Class Certification Expert Reports have been moved from June 10, 2022 to August 19, 2022;
7. The Hearing on Motion for Class Certification has been moved from June 23, 2022 at 2:00 PM to September 1, 2022 at 2:00 PM;
8. The Joint Case Management Statement has been moved from July 6, 2022 to September 14, 2022; and
9. The Case Management Conference has been moved from July 13, 2022 at 2:00 PM to September 21, 2022 at 2:00 PM.

**SO ORDERED.**

DATED: February 4, 2022

GRANTED

Judge Vince Chhabria