SAMUEL LIVERSIDGE, SBN 180578
sliversidge@gibsondunn.com
LAUREN M. BLAS, SBN 296823
lblas@gibsondunn.com
JILLIAN N. LONDON, SBN 319924
jlondon@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendant HP INC.*

Benjamin Heikali (SBN 307466)
*E-mail: bheikali@faruqilaw.com*
Joshua Nassir (SBN 318344)
*E-mail: jnassir@faruqilaw.com*
**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: (424) 256-2884
Facsimile: (424) 256-2885

Bonner C. Walsh (*pro hac vice*)
**WALSH P.L.L.C.**
1561 Long Haul Road
Grangeville, ID 83530
Telephone: (541) 359-2827
Facsimile: (866) 503-8206

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CEPELAK, JUDY CHAMBERS, JIM DICKINSON and MARCIA NUPP, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HP INC.,<br><br>Defendant. | Case No.: 3:20-cv-02450-VC<br><br>**JOINT STIPULATION TO REQUEST ORDER CHANGING TIME PURSUANT TO CIVIL L.R. 6-2 AND COURT ORDER**<br><br>SAC filed: July 12, 2021 |

Pursuant to N.D. Civil Local Rule 6-2, and the February 26, 2022 Discovery Order by the Honorable Judge Laurel Beeler ("Discovery Order"), Plaintiffs John Cepelak, Judy Chambers, Jim Dickinson, and Marcia Nupp ("Plaintiffs") and Defendant HP Inc. ("Defendant") (collectively, the "Parties") hereby stipulate and jointly request, through their counsel of record, that the Court adopt the proposed expert disclosure schedule below, which proposes a 4-week extension of the Parties' disclosure deadlines.

Absent an extension, HP's deadline to produce documents is March 31, 2022 (Dkt. No. 93) and Plaintiffs' deadline to disclose the identity of their class certification expert is March 21, 2022 (Dkt. No. 94), which presently requires Plaintiffs to disclose their experts before HP completes all of its productions. Additionally, Section 7.4(a)(2) of the "Model Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets," which Judge Beeler entered on February 3, 2022 (Dkt. No. 93), requires Plaintiffs to seek HP's approval to disclose certain "Highly Confidential" information to a proposed expert, and Plaintiffs believe they may ultimately be unable to share documents with their expert if HP objects and the objection from HP is sustained.  Plaintiffs raised this issue in a discovery dispute letter before Magistrate Judge Beeler, who expressed the view that the current "ten days between identifying the expert and finalizing document production is minor, and identifying the expert actually illuminates problems and facilitates problem-solving," but declined to "second-guess the plaintiffs' reasons" for seeking all of HP's document productions before identifying an expert (Dkt. No. 95).  Judge Beeler directed the parties to "ask [Judge Chhabria] for an extension of time" to allow Plaintiffs "to consider the document production before identifying its expert."  As such, the Parties hereby stipulate and agree as follows:

WHEREAS, on February 3, 2021, the Court issued a Case Schedule As Modified, setting June 18, 2021 as the Last Day to Amend Pleadings and setting the Close of Non Expert Fact Discovery for October 29, 2021. (ECF No. 56 at 1);

WHEREAS, on June 18, 2021, the Parties jointly stipulated to permit the amendment of the First Amended Class Action Complaint with the currently operative Second Amended Complaint and further requested a schedule for responsive pleadings thereafter. (ECF No. 65);

WHEREAS, on July 8, 2021, this Court granted the June 18 joint stipulation, permitting the filing of the Second Amended Complaint and adopting the schedule stipulated by the parties with modification. (ECF No. 67);

WHEREAS, on January 7, 2022, the Parties filed their Joint Stipulation to Request Order Chanting Time, seeking a four-month extension on all discovery and class certification deadlines in this Action;

WHEREAS, on January 11, 2022, this Court issued its Order Denying Request To Amend Case Schedule (ECF No. 86), declining to accept the Parties' request to continue the deadlines in this case by four months, but stating that the Court "will entertain a request for a shorter extension if the parties can justify it;"

WHEREAS, on January 21, 2022, the Parties submitted a joint discovery dispute letter, disputing the terms of a draft protective order and the timing of HP's discovery production (ECF No. 87);

WHEREAS, on January 26, 2022, Plaintiffs moved for a Court order, seeking a 10-week extension on all discovery and class certification deadlines (ECF No. 89) (the "Motion");

WHEREAS, on February 2, 2022, Judge Beeler ordered HP's document production by March 31, 2022, and "adopt[ed] (for now)" the Northern District's "Model Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets' without modification" ("Protective Order") (ECF No. 93);

WHEREAS, Section 7.4(a)(2) of the Protective Order requires Plaintiffs to "seek[] permission [from HP] to disclose to the Expert" documents designated "Highly Confidential," which HP may object to;

1     WHEREAS, on February 4, 2022, this Court issued its Order Granting Motion To Extend Schedule Deadlines and Briefing Schedules (ECF No. 94), which extended the discovery and class certification deadlines in this Action, including setting the deadline for Plaintiffs to disclose the identity of their class certification expert for March 21, 2022;

5     WHEREAS, on February 23, 2022, the Parties submitted a second joint discovery dispute letter, where Plaintiffs, *inter alia*, requested that the requirements of Section 7.4(a)(2) of the Protective Order be lifted, arguing that Plaintiffs would be required to disclose their class certification expert prior to HP's deadline to produce documents, and that Plaintiffs were concerned that if HP objected to a disclosure and the objection were sustained by the Court, it would be too late for Plaintiffs to identify a new expert;

11     WHEREAS, on February 26, 2022, Judge Beeler issued its Discovery Order on the Parties' second joint discovery dispute letter, finding that it is "not unreasonable for the plaintiffs to ask for an extension of time now to allow it to consider the document production before identifying its expert" and further "direct[ed] the parties" to "submit a stipulation to the trial judge" and seek an extension to "allow [Plaintiffs to] consider the document production" prior to disclosing their experts;

16     WHEREAS, HP agrees to stipulate to the instant extension to avoid the scheduling conflict outlined herein;

18     WHEREAS, as is further set out in the Declaration of Joshua Nassir, and set forth above, the interests of justice and judicial efficiency will be furthered by extending the Court's Case Schedule by four weeks, and such an extension is justified given the scheduling conflicts in this case.

21     NOW, THEREFORE, the Parties, by and through their respective undersigned counsel, hereby stipulate to the following schedule, which provides for a four-week extension of certain dates provided by the Court's February 4, 2022 Order:

    1. The Deadline for Plaintiffs to disclose the identity of their Class Certification Expert has been moved from March 21, 2022 to April 18, 2022; and

    2.   The Deadline for Defendant to disclose the identity of its Class Certification Expert has been moved from April 19, 2022 to May 17, 2022.

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories have concurred in its filing.

Dated: March 3, 2022                **Faruqi & Faruqi, LLP**

                                     By: */s/ Benjamin Heikali*
                                            Benjamin Heikali
                                            Attorney for Plaintiffs

                               **Gibson, Dunn & Crutcher LLP**

                                     By: */s/ Samuel Liversidge*
                                            Samuel Liversidge
                                            Attorney for Defendant

JOINT STIPULATION TO REQUEST ORDER CHANGING TIME PURSUANT TO CIVIL L.R. 6-2 AND COURT ORDER

**SO ORDERED.**                             **ORDER**

                                            Hon. Vince Chhabria

                                            Date: March 8, 2022

*GRANTED — Judge Vince Chhabria*